UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EAST MEADOW JEWISH CENTER, INC.,

                                Plaintiff,

-against-

CHURCH MUTUAL INSURANCE FOUNDATION INC. d/b/a CHURCH MUTUAL INSURANCE COMPANY,

                                Defendants.
-----------------------------------------------------------------x

Docket No.: 2:17-CV-00700 (JS) (AKT)

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-entitled action, that the above entitled action be, and the same hereby is, voluntarily dismissed in its entirety, with prejudice, against all Defendants, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and without costs as to either party.

Dated:     May --, 2018
              June 12, 2018

KARDISCH LAW GROUP PC

_____
JOSH H. KARDISCH, ESQ.
Attorneys for Plaintiff
1385 Richmond Court
East Meadow, New York 11554
Tel.: 516 - 578 - 3637
Fax: 516 - 565 - 2804
jhkardisch@kardischlaw.com

STRONGIN ROTHMAN & ABRAMS, LLP

_____
DAVID ABRAMS, ESQ.
Attorneys for Defendant
CHURCH MUTUAL INSURANCE COMPANY s/h/a CHURCH MUTUAL INSURANCE FOUNDATION INC. d/b/a CHURCH MUTUAL INSURANCE COMPANY
80 Pine Street, 10th Floor
New York, NY 10005
(212) 931-8300
dabrams@sralawfirm.com

SO-ORDERED:

_____
U.S.D.J.